**Anthony PRATT, Appellant,**

v.

**CORRECTIONS CORPORATION OF AMERICA CORPORATE HEAD-QUARTERS; Prairie Correctional Facility; Darin Swenson; Patrick O'Malley; W. Waldum; P. Ronnings, Appellees.**

No. 04–1004.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 9, 2004.

Decided Aug. 13, 2004.

Anthony Pratt, Waupin, WI, pro se.

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

PER CURIAM.

Inmate Anthony Pratt appeals the 28 U.S.C. § 1915A(b)(1) dismissal of his 42 U.S.C. § 1983 action. Upon de novo review, we conclude that the district court[1] correctly dismissed Pratt's access-to-courts claim because he did not allege that defendants prevented him from asserting a claim in a "criminal appeal, postconviction matter, or civil rights action seeking to vindicate basic constitutional rights." *See Sabers v. Delano*, 100 F.3d 82, 84 (8th Cir.1996) (per curiam). Accordingly, we affirm. *See* 8th Cir. R. 47B. We deny Pratt's pending motions as moot.

1. The Honorable David S. Doty, United States District Judge for the District of Minnesota.